15535

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### ADR MEMORANDUM TO CLERK OF COURT
(to be submitted in duplicate
if case settles before ADR or within
10 days after completion of ADR)

United States Courts
Southern District of Texas
FILED

MAY 04 2008

Michael N. Milby, Clerk of Court

Re: Cause No. 06-234: Steve Cooley v. City of Texas City and the Texas City Firefighters' and Police Officers' Civil Service Commission, and Gerald Grimm, in his Official and Individual capacity; In the Southern District of Texas, Galveston Division

ADR METHOD:  Mediation  __X__    Arbitration  _____
             Mini-trial _____    Summary Jury Trial _____

TYPE OF CASE:  Discrimination

1. Please check one of the following:
   The case referred to ADR settled __X__ or did not settle _____.

2. My total fee and expenses were: $5,600.00
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a non-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   *For the Plaintiff: Steve Cooley*
   Craig Deats
   Deats Durst Owen & Leavy, PLLC
   1204 San Antonio Street, Suite 203
   Austin, Texas 78701
   (512)474-6200 Phone, (512)474-7896 Fax

   *For the Defendant(s): Texas City Firefighters et al*
   Brain J. Begle
   Olson & Olson, LLP
   Wortham Tower
   2727 Allen Parkway, Suite 600
   Houston, Texas 77019
   (713)533-3912 Phone, (713)533-3888 Fax

Date: May 2, 2008
Signature: [signature]

ADR Provider No. 191
Printed Name: Nancy L. Huston