IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
~~HOUSTON~~ Galveston DIVISION

| | | |
|---|---|---|
| STEVE COOLEY | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION G-06-234 |
| CITY OF TEXAS CITY, TEXAS, | § | |
| DEFENDANT. | § | |

ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed by the parties in this matter, it is hereby

ORDERED, ADJUDGED, and DECREED that this civil action is dismissed, with prejudice. It is further,

ORDERED, ADJUDGED, and DECREED that each party shall bear its own costs and attorney's fees.

DATED: May 28, 2008

_____
JOHN R. FROESCHNER
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO SUBSTANCE AND FORM:

OLSON & OLSON, L.L.P.

By: _____    By: _____
    B. CRAIG DEATS                  BRIAN J. BEGLE